**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

ARNOLD D. HERVY,

       Plaintiff,

vs.                                    CASE NO. 5:07cv58/RS

JAMES R. McDONOUGH, et al,

       Defendants.

_____/

<u>**ORDER**</u>

      Before me is the Magistrate Judge's Report and Recommendation (Doc. 10).

Plaintiff has not filed objections.

      **IT IS ORDERED**:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    This case is dismissed without prejudice for Plaintiff's failure to comply with an order of the court.

3.    The clerk is directed to close the file.

ORDERED on August 21, 2007.

                    /S/ Richard Smoak_____
                    **RICHARD SMOAK**
                    **UNITED STATES DISTRICT JUDGE**